Ent   JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARTHUR VAN SWAIT, | ) | Case No. CV 08-04603 ABC (AN) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| M.S. EVANS, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED:  August 27, 2008

_Audrey B. Collins_

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY